UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XUNXIAN LIU,<br><br>               Plaintiff,<br><br>     v.<br><br>SECRETARY OF DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*,<br><br>               Defendants. | Civil Action No. 21-495 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, this Court **GRANTS** Defendants' Motion to Dismiss. ECF 19. Accordingly, the Complaint, ECF 1, is **DISMISSED** in its entirety. This is a final appealable order. The Clerk of Court shall terminate this case.

The Court further **DENIES** Liu's Motion for a Hearing, ECF 29; and **DENIES** Liu leave to file an amended complaint, ECF 30.

**SO ORDERED**.

DATE: May 4, 2022

                                                                  Jia M. Cobb
                                                   U.S. District Court Judge